## John J. Cardin's Contested Election. John J. Cardin's Appeal.

Argued Feb. 15, 1897. Appeal, No. 541, Jan. T., 1896, by John J. Cardin, from order of Q. S. Schuylkill Co., declaring election void. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

*John F. Whalen* and *Wm. A. Marr*, for appellant.

*A. W. Schalck*, for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, Feb. 21, 1897 :

This case involves the same question that has been considered and decided in opinion just filed at No. 544, January term, 1896, In re Contested Election of Martin J. Lawlor, ante, p. 566.

For reasons given in that case this decree is affirmed with costs to be paid by the appellant.